BRANDENSTEIN & COMPANY *v.* DOUGLAS & DAVISON.

COBB, J. This being an action for damages alleged to have been sustained by the breach of a contract entered into between the plaintiffs and an agent of the defendants, in which it was stipulated that the defendants would deliver to the plaintiffs certain goods, which was not done, and the uncontradicted evidence in the case showing that the authority of the agent was limited to receiving proposals, his principals reserving the right to reject the same, and that the contract was not approved by such principals, a verdict in favor of the plaintiffs was contrary to law, and should have been set aside. *Judgment reversed. All the Justices concurring.*

Argued December 12, 1898.—Decided February 3, 1899.

Action for damages. Before Judge Lumpkin. Fulton superior court. January 24, 1898.

*Brandon & Arkwright,* for plaintiffs in error.
*Lumpkin & Colquitt,* contra.

---

WOODWARD LUMBER COMPANY *v.* TRIPOD PAINT COMPANY.

COBB, J. There was some evidence authorizing the verdict; and the case having been fairly submitted to the jury, the discretion of the trial judge in overruling the motion for a new trial will not be controlled. *Judgment affirmed. All the Justices concurring.*

Submitted December 16,—Decided February 3, 1899.

Complaint. Before Judge Berry. City court of Atlanta. May 30, 1898.

*Hamilton Douglas,* for plaintiff in error.
*W. D. Ellis Jr.,* contra.